UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:20-CV-81755 (RS)

FILED BY_____ D.C.

JAN 26 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. -- W.P.B.

ADAM LUDWIN,
LUDWIN LAW GROUP, P.A. and
JOANNA ZEITLIN,

Plaintiff,
v.
MATTHEW PROMAN
            Defendant.
_____/

## DEFENDANT MATTHEW PROMAN'S MOTION
## FOR PERMISSION TO (1) COMMUNICATE WITH
## PLAINTIFF/PLAINTIFFS' COUNSEL IN WRITING ONLY &
## (2) REDACT PERSONAL INFORMATION FROM BANK STATEMENTS & (3)
## MOTION TO GRANT A PROECTIVE ORDER AGAINST ADAM LUDWIN.

I, Matthew Proman, representing myself, ask the Court to enter an Order (1) requiring that all communications between Adam Ludwin, who is both a plaintiff and plaintiff's attorney, be in writing and that there be no communications by telephone unless both parties agree to have the conversation recorded; and, (2) allowing me to redact certain personal information from my bank statements, specifically my day to day activity that reflects my physical where abouts and that I've turned over or will turn over in discovery; (3) a restrictive order issued protecting Matthew Proman against Adam Ludwin.

## GIVEN THE NON-PREDICTABLE, AGGRESSIVE, MALICIOUS ACTIONS AND
## MISSTATMENTS, ALL COMMUNICATIONS SHOULD BE IN WRITING AND OR
## RECORDED

1.    There is good cause for this request that all of our communications be "on the record" so to speak.  As I will show, now that I am representing myself, Mr. Ludwin is doing his best to frustrate and anger me solely so he can seek to have me arrested for allegedly violating the protective order presently in effect by virtue of the criminal case I recently resolved in

way. I asked Mr. Ludwin if I could record the call. Mr. Ludwin refused to consent. All Mr. Ludwin had to was send me an email with the instructions. I know that Mr. Ludwin must do that for me to click on the link to attend the deposition. It is very simple to send an e-mail and I should not have to fight through 4 different communications to get something so simple.

7.      On January 19, 2022, I requested from Mr. Ludwin his bank wire instructions to send the monies ordered by the Court to be paid by today. Mr. Ludwin instead emailed me redacted wire instructions and directed me once again to call his assistant to get the full bank account numbers. I have sent wires before, and I have received all of the necessary bank information in an email. There was no reason for Mr. Ludwin to direct me to call his assistant. I did consider calling Mr. Ludwin's assistant, so I asked for permission to record the call with Mr. Ludwin's assistant. Mr. Ludwin said that I did not have permission to record the call.

8.      I have asked permission to record calls to ensure that all conversations can be reviewed in case Mr. Ludwin tries to have me arrested. Mr. Ludwin is picking and choosing which calls he does and doesn't want recorded, knowing that anything not recorded will allow him to accuse me of harassment. This is not the first time Mr. Ludwin has acted dishonestly and deceivingly and will probably not be the last. I ask that all communications be in an email or recorded on Zoom so everything is documented.

9.      Getting back to the deposition, I have asked Mr. Ludwin many times for the dial-in information. I was fully prepared to attend the deposition scheduled for January 20, 2022. Again, Mr. Ludwin refused to give it to me unless I called his assistant and he would not allow me to record the call. It is my belief that Mr. Ludwin hoped that I do not appear so that he can report to the Court that I did not attend the deposition.

## LEGAL ARGUMENT AS TO MEETING AND CONFERRING IN WRITING

16.     There is nothing improper about asking to meet and confer in writing.  <u>Kinon Surface Design, Inc. v. Hyatt International Corporations</u>, 2019 WL 8989595 (S.D. Fla. 2019). All I am asking for is to ensure that there is no foul play.  If everything is in writing, there will always be proof of our behavior. It is vital to me that Mr. Ludwin not wrongfully accuse me of violating the protective order, which would subject me to arrest and violation of my probation. I would think that Mr. Ludwin would not have a problem with this request unless it would prevent him from doing the very things putting everything in writing would prevent.  I would also think that Mr. Ludwin would himself want to have written proof if in fact I behaved badly.

17.     For these reasons, I ask that the Court enter an order requiring that all of our communications be in writing or in a form where there is proof of the conversation.


## LEGAL ARGUMENT FOR PERMISSION TO REDACT PERSONAL INFORMATION & GRANT A PROTECTIVE ORDER AGAINST ADAM LUDWIN

18.     There are times when it appropriate to redact information from a bank statement. I believe what I am really asking for is something like a protective order pursuant to Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.  Good cause for protection exists in my case, as I am genuinely worried that Mr. Ludwin will subject me to annoyance, embarrassment and oppression.

19.     I do understand that in order for Mr. Ludwin to understand my net worth since he has asked for punitive damages, he is allowed to see my deposits. <u>Valente v. Int'l Follies, Inc.</u>, 2018 WL 3470287 at 1 (N.D. Ga. 2018).  But in any event Courts do allow personal information to be redacted from bank statements. <u>Mancuso v. Fla. Metro. Univ., Inc.</u>, 2011 WL 310726, at *4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the instant Motion was mailed to the Clerk of the Court and

mailed to the attorney for plaintiffs, on January 25, 2022.  In addition, an additional copy of this

Motion was served on plaintiffs' attorney by email on January 24, 2022.

_____
Matthew Proman



MAY 16 2019

THE FLORIDA BAR - ACAP
TALLAHASSEE, FLORIDA

## The Florida Bar
## Inquiry/Complaint Form

**PART ONE  (See Page 1, PART ONE – Complainant Information.):**

Your Name:  John D. Saltzman

Organization:

Address:  1411 Stonebridge Dr.

City, State, Zip Code:  Gretna, Louisiana  70056

Telephone:  504 - 392 - 2300

E-mail:  john@globalmaritimesecurity.com

ACAP Reference No.:

Does this complaint pertain to a matter currently in litigation?  Yes ☐   No ☐

**PART TWO  (See Page 1, PART TWO – Attorney Information.):**

Attorney's Name:  Adam Michael Ludwin          Florida Bar No.:  101742

Address:  85 S.E. 4th Ave.

City, State, Zip Code:  Delray Beach , Florida  33483 - 4574

Telephone:  561 - 455 - 4455 email: adam@ludwinlaw.com

**PART THREE  (See Page 1, PART THREE – Facts/Allegations.):**  The specific thing or things I am complaining about are: (attach additional sheets as necessary)

I am a Civilan Custodian for The U.S.Marshalls' Service. We take physical possession of property seized by the U.S. Courts in civil cases, and retain possession of them until the court case is resolved. In July 2018, I was contacted by Atty Adam Ludwin to take possession of a private yacht in New York. I meet with the U.S.Marshall in New York on July 27,2018 and signed for possession of the Motor Yacht " East Bound & Down". In late August I had myself removed from the vessel for non-payment by Mr. Ludwin. While on the job, I was advised by Mr. Ludwin not to speak on board the vessel, or to walk aroung undressed, as the vessel had audio and video equipment illegally installed onboard the vessel by his client in the civil case against the owner of the vessel. I am not an atty, but I know the placement of Audio and Video recording equipment, along with a GPS Transponder is ILLEGAL in all 50 States. I was provided with the Link to access the audio/video feed by Atty Adam Ludwin. This information was provided by Atty Ludwin knowing full well of it being illegal. I will attach a copy of the email from Mr. Ludwin with same. Mr. Ludwin was/is attempting to use illegally gathered intel for the benefit of his client. In my opinion, Mr. Ludwin is complicit in illegal acts, and has repedately demonstrated his unethical behavior. Additional evidence/witness can be provided upon request.

**John**

| | |
|---|---|
| **From:** | Adam M. Ludwin, Esq.  <adam@ludwinlaw.com> |
| **Sent:** | Saturday, July 28, 2018 5:00 PM |
| **To:** | john@globalmaritimesecurity.com |
| **Subject:** | Fwd: Capt. Zack Zimmerman Boarding after arrest 7/28/18 137PM to 143PM |

See video below. Was taken after the arrest. He must have snuck on and was trespassing. We want to involve the marshal's and we have his contact info.

Adam


Begin forwarded message:

From: "Shane Ramos (via Google Drive)" <drive-shares-noreply@google.com>
Date: July 28, 2018 at 5:30:22 PM EDT
To: adam@ludwinlaw.com
Subject: Capt. Zack Zimmerman Boarding after arrest 7/28/18 137PM to 143PM
Reply-To: Shane Ramos <shane@gatsbyyacht.com>

shane@gatsbyyacht.com has shared a link to the following folder:



## Capt. Zack Zimmerman Boarding after arrest 7/28/18 137PM to 143PM

 Video of trespassing Capt. Zack Zimmerman on board while on speakerphone with Proman following his orders.

Open

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

# EXHIBIT C

Text Messages between Proman and Saltzman

**Messages with John Saltzman (+15048848668)**



Please John, this guy is a criminal



Call me please

Hey John... Please let me know if 12:00 tmrw EST works for you, my attorney Charlie has confirmed that works for him. Thank you



Perfect



Please call me ASAP, thank you



I'm in court. I'll call when I'm clear. I'll reach out to my atty and find out what is going on. He's probably waiting until next week because We filled a complaint for disbarrment with the Florida bar association against Ludwin, .and we have a hearing next week..

Good!

But what does that have to do with giving us what we need, two different cases in two different states

Doesn't make sense

Also, not that all this is going on, remember Adam asked me for proof of you on the boat ( the pics I had), now makes sense, he wanted the videos so he wouldn't have to pay you

I also filled a complaint today with florida Bar, with a restraining order

Against Adam



Boy sometimes your a little dense....been trying to hint to you, that records sent to the Florida bar are PUBLIC records. My complaint to the bar is directly related to your case.. Give it until next week, then have your attorney access the Florida bar. It helps you, but I remain neutral..



This isn't easy or efficient to communicate via text



Lol

**Messages with John Saltzman (+15048848668)**



A lot of developments

Hey John, can you please call me ASAP

Thank you

John?



I'm in Trinidad. I'll call you when I get back in the States Thursday..



Oh shit I'm sorry, that would be great, thank you

Request to Confer Motion

**Matt Proman** <mattpromandirect1@gmail.com>                                    Jan 24, 2022, 8:03 PM (16 hours ago)
to Adam

Adam,

Please see attached Motion that I intend to file with the Southern District. Per the Courts orders, you and I must confer before either party files. I would like to make you aware that I am preparing a separate Motion to ask for the Court to lift and open the records from the mediation conversation based on the threats made.

What times are you available tomorrow (January 25th) to review this attached Motion?

Matt



Motion for discussi...

↩ Reply      ➡ Forward

**\*\*Second request to meet and confer on motion**



**Matt Proman** <mattpromandirect1@gmail.com>

12:56 PM (5 minutes ago)

to Adam

Adam-

What time are you available to talk today to discuss the motion? Because we cannot electronically file, we are overnighting this today for delivery tomorrow. Please advise immediately

Matt

↩ Reply     ➡ Forward

1007

33401

**$26.95**
R2305H129540-22



**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**



EJ 857 968 990 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (516) 456 - 5029

Matthew Proman
4422 San Joaquin
Newport Beach, CA 92660

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 1954
Scheduled Delivery Date (MM/DD/YY): 1/26/22
Postage: $26.95

Date Accepted (MM/DD/YY): 1/25/22
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☒
Insurance Fee: $
COD Fee: $

Time Accepted ☒ AM ☐ PM: 7:30 pm  1/25/22
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.95

Weight: 3.8 ☐ Flat Rate
Acceptance Employee Initials: XE

TO: (PLEASE PRINT)    PHONE ( )

USDC
Southern District of FL
701 Clematis St Rm 202
West Palm Beach FL

ZIP + 4® (U.S. ADDRESSES ONLY)
33401-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

⬐ **PEEL FROM THIS CORNER**

:F May 2020
!2 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.