UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 20-81755-CIV-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A., and
JOANNA ZEITLIN,

    Plaintiff,
vs

MATTHEW B. PROMAN, aka
"MATT" PROMAN,

    Defendant.
_____/

**NOTICE OF COMPLIANCE WITH ORDER DIRECTING CLERK TO UPDATE PRO SE DEFENDANT MATTHEW PROMAN'S MAILING ADDRESS AND ORDERING DEFENDANT TO TAKE ADDITIONAL STEPS REGARDING HIS CONTACT INFORMATION [D.E.138]**

**COMES NOW**, Plaintiffs' Counsel, Adam M. Ludwin, Esq., in accordance with the Court's *ORDER DIRECTING CLERK TO UPDATE PRO SE DEFENDANT MATTHEW PROMAN'S MAILING ADDRESS AND ORDERING DEFENDANT TO TAKE ADDITIONAL STEPS REGARDING HIS CONTACT INFORMATION* [D.E.138] (hereinafter "the Order [D.E.138]") and hereby states that Plaintiffs' counsel served Defendant a copy of the Order [D.E.138] upon Defendant via email, at Defendant's verified email address, mattpromandirect1@gmail.com on January 27, 2022.

Respectfully submitted,

/s/ Adam M. Ludwin
Adam M. Ludwin, Esq.
Florida Bar No: 101742
Ludwin Law Group, P.A.
85 SE 4th Ave, Suite 108
Delray Beach, FL 33483
Primary Email: adam@ludwinlaw.com
Secondary Email: admin@ludwinlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of January, 2022, a true and correct copy of the foregoing document has been served upon Defendant, Matthew Proman, via email at mattpromandirect1@gmail.com.

By: /s/ Adam Ludwin
Adam M. Ludwin, Esq.
Florida Bar No: 101742
*Attorney for Plaintiffs*
Ludwin Law Group, P.A.
85 S.E. 4th Ave, Suite 108
Delray Beach, FL 33483
Tel: (561) 455-4455
Primary Email: Adam@Ludwinlaw.com
Secondary Email: Admin@Ludwinlaw.com