UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81755-CIV-SMITH

ADAM LUDWIN, *et al.*,

    Plaintiffs,

v.

MATTHEW PROMAN,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. On June 11, 2021, the Court issued its Order Scheduling Mediation [DE 48], requiring the parties to conduct mediation with retired Judge Herbert Stettin on August 26, 2021 and requiring the parties to ensure that the mediator's report was filed within seven days of the mediation. Upon review of the record, a mediator's report has not been filed. Accordingly, it is

**ORDERED** that, on or before **March 07, 2022,** the parties shall show cause as to why they should not be sanctioned for failing to comply with the Court's orders. Failure to timely respond may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of March, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record