IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

    Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BUSCHEL GIBBONS, P.A. (Robert C. Buschel, Esq., appearing) hereby enters its appearance as counsel of record on behalf of Plaintiffs ADAM M. LUDWIN, LUDWIN LAW GROUP, P.A. and JOANNA ZEITLIN, and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Robert C. Buschel, Esq. at the below address or electronically through the CM/ECF electronic filing system.

Respectfully submitted,

Robert C. Buschel, Esq.
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Third Floor
Fort Lauderdale, Florida  33301
Tele:  (954) 530-5748 (direct)
Email: Buschel@BGlaw-pa.com


 By:   /s/ Robert C. Buschel
          ROBERT C. BUSCHEL
          Florida Bar No. 0063436

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

BUSCHEL GIBBONS, P.A.

By: /s/ Robert C. Buschel
      Robert C. Buschel, Esq.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL