IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

    Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

    Defendant.

_____/

**PLAINTIFFS' NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)**

Plaintiffs file this notice of intent to admit evidence pursuant to Federal Rules of Evidence ("FRE") 902(11) and 803(6), and states the following in support:

At the trial of the instant cause, Plaintiffs intend to admit business records from Xcentric Ventures, LLC and Yaana Technologies relating to the defendant's internet service provider, URL ("Uniform Resource Locator"), and identity of anonymous online postings. Plaintiffs intend to admit the records pursuant to Federal Rule of Evidence 902(11) and 803(6), which provide for the admissibility and authenticity of business records via certifications provided by a records custodian.

Pursuant to Federal Rule of Evidence 902(11),

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

This filing is intended to provide the requisite FRE 902(11) notice to defense counsel. The records and business records certification from Xcentric Ventures, LLC and Yaana Technologies have been provided to defense counsel in discovery and are referenced Bates Stamp number Ludwin000065-000073.

                                             Respectfully submitted,

                                             Robert C. Buschel, Esq.
                                             BUSCHEL GIBBONS, P.A.
                                             501 E. Las Olas Blvd., Third Floor
                                             Fort Lauderdale, Florida  33301
                                             Tele:  (954) 530-5748 (direct)
                                             Email: Buschel@BGlaw-pa.com

                        By:   /s/ Robert C. Buschel
                             ROBERT C. BUSCHEL
                             Florida Bar No. 0063436

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL