IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

    Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

    Defendant.

_____/

## PLAINTIFFS' NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 201(b)(2)

Plaintiffs file this notice of intent to admit evidence pursuant to Federal Rules of Evidence ("FRE") 201(b)(2), and states the following in support:

At the trial of the instant cause, Plaintiffs intend to introduce into evidence the Declaration of Matthew Proman in *Gatsby Yach Group, LLC et. al v. M/Y "East Bound & Down" & Matthew Proman, in personam,* Case No. 2:18-cv-04242-ADS-GRB, ECF No. 44-1 (E.D.N.Y Oct. 9, 2018), Bates Stamp No. Ludwin 000062-000064.

The statement is an admission by a party opponent, Matthew Proman. *See* FRE 801(d)(2)(A), (B). It was filed in a public court record. Proman's declaration is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. FRE 201(b)(2). The Court must take judicial notice since Plaintiffs are requesting it and the court is supplied with the necessary information. FRE

201(c)(2).

      Mathew Proman's declaration in that case has been provided to defense counsel in discovery and are referenced Bates Stamp number Ludwin 000062-000074.

      Respectfully submitted,

      Robert C. Buschel, Esq.
      BUSCHEL GIBBONS, P.A.
      501 E. Las Olas Blvd., Third Floor
      Fort Lauderdale, Florida  33301
      Tele:  (954) 530-5748 (direct)
      Email: Buschel@BGlaw-pa.com


  By:  __/s/ Robert C. Buschel_____
      ROBERT C. BUSCHEL
      Florida Bar No. 0063436

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL