UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

      Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

      Defendant.
_____/

## PLAINTIFFS' PROPOSED SPECIAL VOIR DIRE INQUIRY

Plaintiffs, pursuant to Federal Rule of Civil Procedure 47, submit the following proposed voir dire questions. Plaintiff requests that the Court ask these questions during jury selection, in addition to any questions the Court deems necessary.

Use of the internet:

1. Does anyone *not* use the internet or go online for any reason?

2. Does anyone *not* use the internet for social media of any kind? E.g. facebook, twitter, ticktoc?

3. Who has created their own webpage or website on the internet?

4. Has anyone ever been abused or bullied on the internet or know someone who has?

Ownership of firearms

1. Who owns a firearm?

<u>Law Enforcement</u>

1. Are you related to or good friends with any members of law enforcement?

2. Are you able to be fair and impartial when listening to law enforcement witnesses?

Respectfully submitted,

BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Third Floor
Tel: (954) 530-5301
Email: Buschel@BGlaw-pa.com

By: ___/s/ Robert C. Buschel_____
     ROBERT C. BUSCHEL
     Florida Bar No. 0063436

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

                                        BUSCHEL GIBBONS, P.A.

                                        BY: /s/ Robert Buschel
                                        ROBERT C. BUSCHEL