UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

    Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

Plaintiffs file this Notice of Objections to Defendant's Exhibit List.  The objections are attached to this notice.

Respectfully submitted,

Robert C. Buschel, Esq.
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Third Floor
Fort Lauderdale, Florida  33301
Tele:  (954) 530-5748 (direct)
Email: Buschel@BGlaw-pa.com

By: __/s/ Robert C. Buschel_____
    ROBERT C. BUSCHEL
    Florida Bar No. 0063436

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH/MATTHEWMAN

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,

vs.

MATTHEW B. PROMAN,

    Defendant.

_____/

# Plaintiffs' Objections to

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| D-1 | NetReputation.com Online Reputation Management Agreement | Ludwin-000087 – Ludwin-000092 | | | |
| D-2 | Mark G. Agresti, M.D., P.A. Medication Prescription | Ludwin-0000101 | Motion in limine on 'abuses substances' | | |
| D-3 | Gatsby Yacht Grp., LLC v. M/Y "East Bount & Down", No. 18-cv-04242 (E.D.N.Y. Apr. 16, 2019) – Hearing Transcript | Ludwin-000159 – Ludwin-000170 | Portions of transcript - irrelevant<br>No affirmative defenses | | |
| D-4 | Boca Raton Fire Rescue Services Report | Ludwin-000492 – Ludwin-000498 | Hearsay, authentication | | |
| D-5 | Gatsby Enterprises, LLC Invoices | Ludwin-000563 – Ludwin-000582 | Relevance | | |
| | NetReputation.com Online | Ludwin-000587 – Ludwin-000592 | Motion in limine - no affirmative defense of lack of mitigation | | |

Page 1 of 4

Case 9:20-cv-81755-RS   Document 239-2   Entered on FLSD Docket 12/27/2022   Page 3 of 5

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| D-6 | Reputation Management Agreement | | Motion in limine - no affirmative defense of lack of mitigation | | |
| D-7 | Ludwin Law Group, P.A. 2020 Tax Return | Ludwin-000657 – Ludwin-000668, Ludwin-000688 | | | |
| D-8 | Ludwin Law Group, P.A. 2017 Tax Return | Ludwin-000657 – Ludwin-000674[1] | | | |
| D-9 | Ludwin Law Group, P.A. 2019 Tax Return | Ludwin-000674 – Ludwin-000687 | | | |
| D-10 | Ludwin Law Group, P.A. 2021 Tax Return | | | | |
| D-11 | 9/29/2018 Email chain between Mr. Ludwin and Nicolle with Ripoff Report | Ludwin-000918 – Ludwin-000921 | Motion in limine - no affirmative defense of lack of mitigation | | |
| D-12 | Plaintiff, Adam Ludwin's Facebook Post | Ludwin-002100 | Relevance, no affirmative defenses | | |
| D-13 | Joanna Zeitlin's 2017 W-2 Tax Form | Ludwin-002118 | | | |
| D-14 | Joanna Zeitlin's 2018 W-2 Tax Form | Ludwin-002119 | | | |
| D-15 | Joanna Zeitlin's 2019 W-2 Tax Form | Ludwin-002120 | | | |
| D-16 | Joanna Zeitlin's 2020 W-2 Tax Form | Ludwin-002121 | | | |
| D-17 | Joanna Zeitlin's 2021 W-2 Tax Form | Ludwin-002122 | | | |
| D-18 | Consultative and Interventional Cardiology Report | Bate-stamps illegible. | Hearsay, autentication | | |
| D-19 | Plaintiff, Joanna Zeitlin's Answers to Defendant's First Set of Interrogatories | | | | |
| D-20 | Plaintiff, Joanna Zeitlin's | | | | |

---

[1] Plaintiffs' bate-stamped pages are misnumbered and repeat preceding numbers.

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Amended Answers to Defendant's First Set of Interrogatories |  |  |  |  |
| D-21 | Plaintiff, Ludwin Law Group's Answers to Defendant's First Set of Interrogatories |  |  |  |  |
| D-22 | Plaintiff, Ludwin Law Group's Amended Answers to Defendant's First Set of Interrogatories |  |  |  |  |
| D-23 | Plaintiffs' Answers to Defendant's Amended Requests for Production |  |  |  |  |
| D-24 | Plaintiff, Adam Ludwin's Answers to Defendant's First Set of Interrogatories |  |  |  |  |
| D-25 | Plaintiff, Adam Ludwin's Amended Answers to Defendant's First Set of Interrogatories |  |  |  |  |
| D-26 | Exhibit 1 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-27 | Exhibit 2 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-28 | Exhibit 3 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-29 | Exhibit 4 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-30 | Exhibit 5 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-31 | Exhibit 6 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |
| D-32 | Exhibit 7 to Plaintiff, Adam Ludwin's Deposition |  |  |  |  |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| D-33 | John Saltzman text messages re: Mr. Ludwin's audio/video recording | | Relevance  Hearsay  No affirmative defense | | |
| D-34 | John Saltzman's Florida Bar Inquiry/Complaint form. | | Relevance  No affirmative defense  Hearsay | | |
| | Demonstrative PowerPoint prepared by Defendant. | | | | |
| | Any and all documents identified on Plaintiffs' Exhibit List and that are not subject to exclusion or inadmissible. | | | | |
| | All documents and exhibits attached to depositions in this action that are not subject to exclusion or inadmissible. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |