UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81755-CIV-SMITH

ADAM LUDWIN, *et al.*,

    Plaintiffs,

v.

MATTHEW PROMAN,

    Defendant.

_____/

### FOURTH AMENDED ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL DEADLINES

This case is set for trial during the Court's two-week trial calendar beginning on **January 30, 2023**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is settled or resolved. The **Calendar Call** will be held at **9:00am** on **Tuesday, January 24, 2023**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of January, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record