UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81755-RS

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.,
and JOANNA ZEITLIN,

      Plaintiffs,

v.

MATTHEW B. PROMAN,

      Defendant.
_____/

**<u>ORDER ON PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE</u>**

      This matter is before the Court on Plaintiffs' Omnibus Motions in Limine [DE 236] and Defendant's Response [DE 237]. Plaintiffs' Motions are granted in part and denied in part as set forth below.

      On Motion I, Defendant's Fifth Amendment invocation is admissible, the Motion is DENIED. Defendant's Fifth Amended invocation is inadmissible because Plaintiffs ultimately obtained the answers they sought from Defendant.

      On Motion II, Defendant's status as a convicted felon is admissible, the Motion is GRANTED. Defendant's status as a convicted felon is admissible insofar as it relates to Defendant's conduct in this case and against these Plaintiffs.

      On Motion III, Defendant's other stalking offenses are admissible under Rule 404(b), the Motion is DENIED. Defendant's other stalking offenses in other cases against other non-parties is inadmissible.

      On Motion IV, Other acts against Plaintiffs is admissible, a ruling on the Motion will be DEFERRED TO TRIAL.

On Motion V, Financial worth evidence is admissible, a ruling on the Motion will be DEFERRED TO TRIAL.

On Motion VI, Exclude any reference to alcohol as a "controlled substance", the Motion is DENIED.

On Motion VII, Defendant should be precluded from litigating the underlying admiralty matter, the Motion is GRANTED in part and DENIED in part. Evidence of the underlying admiralty matter will be admissible only insofar as it provides background information and context to the trier of fact without presenting substantive details of the litigation.

Accordingly, it is hereby,

**ORDERED** that Plaintiffs' Omnibus Motions in Limine [DE 236] is **GRANTED in part and DENIED in part**, as set forth herein.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of January, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record