UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.
and JOANNA ZEITLIN,

      Plaintiffs,

v.

MATTHEW B. PROMAN aka
"MATT" PROMAN,

      Defendant.

_____/

**PLAINTIFFS' MOTION FOR ELECTRONIC
EQUIPMENT IN COURTROOM**

Plaintiffs request this Court allow electronic computer equipment (including cell phones and iPads for attorneys and witnesses) in this case. One Plaintiff is a lawyer but Plaintiff Joanna Zeitlin is not a lawyer. Expert witness, Sameer Somal, is the only witness that may have demonstrative evidence with a computer and we ask the Court permit that he be able to bring in electronic equipment.

It would assist counsel if they were able to bring in the above mentioned electronic computer equipment starting January 30, 2023 for the duration of the trial, into the courthouse.

Plaintiffs have conferred with Defendant's counsel and there is no objection to the Court granting this Order.

Respectfully submitted,

Robert C. Buschel, Esq.
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Third Floor
Fort Lauderdale, Florida  33301
Tele:  (954) 530-5748 (direct)
Email: Buschel@BGlaw-pa.com


 By:   /s/ Robert C. Buschel
         ROBERT C. BUSCHEL
         Florida Bar No. 0063436

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL