UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH/MATTHEWMAN

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,
vs.

MATTHEW B. PROMAN,

    Defendant.
_____/

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

As required by the Court's Order [ECF No. 258], Defendant Matthew Proman submits proposed, case-specific voir dire questions for inclusion in the written questionnaire, which are as follows:

1. Have you ever been audio or video recorded without your consent?

2. Have you ever complained about someone or vented out of frustration on an internet forum?

3. Have you ever accused someone of wrongdoing on an internet forum?

4. Have you or a family member ever filed a lawsuit against someone for defamation?

5. Do you believe that just because someone has filed a lawsuit that they must be entitled to recover damages?

Dated: January 24, 2023    Respectfully Submitted,

/s/ Daniel S. Gelber
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
ANDREW T. FIGUEROA
Florida Bar No. 1002745
afigueroa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Matthew Proman*