UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH/MATTHEWMAN

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,

vs.

MATTHEW B. PROMAN,

    Defendant.
_____/

# [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

**THIS CAUSE** comes before the Court upon Defendant, Matthew Proman's Unopposed Motion for Leave to Bring Electronic Equipment into the Courthouse ("Motion") and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that Defendant, Matthew Proman's Unopposed Motion for Leave to Bring Electronic Equipment into the Courthouse [ECF No. 263] is **GRANTED**.

The attorneys and persons listed in the Motion [ECF No. 263] are permitted to bring cellphones, laptops and converter cables, and the attendant cords and cables.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 24th day of January, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE