**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-81755-SMITH/MATTHEWMAN**

ADAM M. LUDWIN, *et al.*,

      Plaintiffs,

vs.

MATTHEW B. PROMAN,

      Defendant.

_____/

## JOINT NOTICE REGARDING SETTLEMENT

The parties hereby notify the Court that the parties have reached a settlement in principle and are working toward finalizing the settlement. The parties will promptly notify the Court when settlement is finalized.

Dated: January 28, 2023                  Respectfully submitted,

| | |
|---|---|
| */s/ Robert C. Buschel* | */s/ Andrew T. Figueroa* |
| ROBERT C. BUSCHEL | DANIEL S. GELBER |
| Florida Bar No. 0063436 | Florida Bar No. 512877 |
| Buschel@BGlaw-pa.com | dan@gsgpa.com |
| BUSCHEL GIBBONS, P.A. | GERALD E. GREENBERG |
| 501 E. Las Olas Blvd., Third Floor | Florida Bar No. 440094 |
| Fort Lauderdale, Florida 33301 | ggreenberg@gsgpa.com |
| Telephone: (954) 530-5748 (direct) | BARBARA R. LLANES |
| | Florida Bar No. 1032727 |
| *Counsel for Plaintiffs* | bllanes@gsgpa.com |
| | ANDREW T. FIGUEROA |
| | Florida Bar No. 1002745 |
| | afigueroa@gsgpa.com |
| | Gelber Schachter & Greenberg, P.A. |
| | SunTrust International Center |
| | One Southeast Third Avenue, Suite 2600 |
| | Miami, Florida 33131 |
| | Telephone: (305) 728-0950 |
| | E-service: efilings@gsgpa.com |
| | |
| | *Counsel for Defendant* |