UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81755-RS

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.,
and JOANNA ZEITLIN,

    Plaintiffs,

v.

MATTHEW B. PROMAN,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Joint Notice Regarding Settlement [DE 267], indicating that this matter has been settled in full. Upon consideration, it is hereby,

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 17, 2023.** Failure to comply with this Order may result in the final dismissal of this case.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 30th day of January, 2023.

                                                                            RODNEY SMITH
                                                                            UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record