UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81755-SMITH/MATTHEWMAN

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,

vs.

MATTHEW B. PROMAN,

    Defendant.

_____/

**JOINT MOTION FOR AN ENLARGEMENT OF
TIME TO FILE STIPULATION OF DISMISSAL**

    The parties, by and through their undersigned counsel, submit this joint motion for enlargement of time to file their stipulation of dismissal and in support thereof state as follows.

    1. On January 28, 2023, the parties filed a joint notice regarding settlement (*see* [ECF No. 267]), advising the Court that "the parties [] reached a settlement in principle and are working toward finalizing the settlement." *Id.*

    2. On January 30, 2023, the Court directed the parties to file a "Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 17, 2023**." [ECF No. 269] (original emphasis). The Court advised that the "[f]ailure to comply with this Order may result in the final dismissal of this case." *Id.*

    3. The parties request an additional twenty-one days up to and including March 10, 2023 to finalize and execute the terms of the settlement agreement. The parties continue to revise the settlement agreement and the requested enlargement is necessary to fully resolve all pending revisions and edits exchanged by the parties and fully document the settlement. The parties have exchanged revisions to the settlement papers, and the parties presently are conducting what is anticipated to be their final review before the documents will be executed.

4. The requested relief is not made for the purposes of delay and is not sought for any improper purpose.

For these reasons, the parties respectfully request that the Court grant this extension of time and extend the parties' deadline to file their stipulation of dismissal by twenty-one days, through and including March 10, 2023. Pursuant to Local Rule 7.1(a)(2), the parties attach a proposed order granting this motion as Exhibit 1.

Dated: February 16, 2023

Respectfully submitted,

*/s/ Robert C. Buschel*
ROBERT C. BUSCHEL
Florida Bar No. 0063436
Buschel@BGlaw-pa.com
BUSCHEL GIBBONS, P.A.
501 E. Las Olas Blvd., Third Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 530-5748 (direct)

*Counsel for Plaintiffs*

*/s/ Andrew T. Figueroa*
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
ANDREW T. FIGUEROA
Florida Bar No. 1002745
afigueroa@gsgpa.com
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant*