# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CV-81755-RS

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.,
and JOANNA ZEITLIN,

    Plaintiffs,

vs.

MATTHEW B. PROMAN,

    Defendant.

_____/

## ORDER SETTING HEARING

THIS CAUSE is before the Court *sua sponte*. Upon consideration, it is hereby,

**ORDERED** that: all parties and counsel of record shall appear in-person at a hearing on **May 2, 2023 at 4:15 P.M.**, at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida, 33301. The Court expects the parties to be prepared to discuss ongoing settlement negotiations and case management of this matter, including Docket Entry 275. Failure of the parties to appear in-person at the hearing may result in entry of a Default Judgment or Dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of April, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record