**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-81755-RS**

ADAM M. LUDWIN, ESQ.,
LUDWIN LAW GROUP, P.A.,
and JOANNA ZEITLIN,

     Plaintiffs,

vs.

MATTHEW B. PROMAN,

     Defendant.
_____/

**AMENDED ORDER SETTING HEARING**

     THIS CAUSE is before the Court *sua sponte*. Upon consideration, it is hereby,

     **ORDERED** that: all parties and counsel of record shall appear in-person at a hearing on **May 2, 2023 at 4:15 P.M.**, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida, 33128. Failure of the parties to appear in-person at the hearing may result in entry of a Default Judgment or Dismissal of this case without further notice.

     **DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of May, 2023.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record