**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-81755-SMITH/MATTHEWMAN**

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,
vs.

MATTHEW B. PROMAN,

    Defendant.

_____/

**DEFENDANT MATTHEW PROMAN'S NOTICE REGARDING SETTLEMENT**

Defendant Matthew Proman respectfully submits this notice to the Court regarding settlement. On April 30, 2023, Mr. Proman executed the confidential settlement agreement that was originally contemplated by the parties. On May 1, 2023, Mr. Proman delivered this executed confidential settlement agreement to Plaintiffs and advised that he is prepared to move forward with the contemplated settlement.

Dated: May 2, 2023

Respectfully Submitted,

*/s/ Daniel S. Gelber*
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
ANDREW T. FIGUEROA
Florida Bar No. 1002745
afigueroa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Matthew Proman*