**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-81755-SMITH/MATTHEWMAN**

ADAM M. LUDWIN, *et al.*,

    Plaintiffs,

vs.

MATTHEW B. PROMAN,

    Defendant.

_____/

**JOINT NOTICE REGARDING SETTLEMENT**

The Parties hereby notify the Court that the parties executed a confidential settlement agreement that resolves all claims before the Court, and that Mr. Proman has complied with the Court's directives relating to the payment contemplated in the confidential settlement agreement. *See* [ECF No. 288]. The Parties further notify the Court that the parties have stipulated to a sanctions amount of $15,000.00. As to the sanctions, the Parties respectfully request an order of the Court:

1. confirming the sanctions amount and setting forth a period of time within which Mr. Proman should tender the sanctions to Plaintiffs; and

2. directing the Parties to file a joint stipulation of dismissal after Mr. Proman's sanctions payment clears Plaintiffs' designated account.

The Parties further request that the Court enter an order of dismissal upon the Parties' submission of the joint stipulation of dismissal.

| | |
|---|---|
| Dated: May 3, 2023 | Respectfully submitted, |
| */s/ Robert C. Buschel* <br> ROBERT C. BUSCHEL <br> Florida Bar No. 0063436 <br> Buschel@BGlaw-pa.com <br> BUSCHEL GIBBONS, P.A. <br> 501 E. Las Olas Blvd., Third Floor Fort Lauderdale, Florida 33301 Telephone: (954) 530-5748 (direct) <br><br> *Counsel for Plaintiffs* | */s/ Daniel S. Gelber* <br> DANIEL S. GELBER <br> Florida Bar No. 512877 <br> dan@gsgpa.com <br> BARBARA R. LLANES <br> Florida Bar No. 1032727 <br> bllanes@gsgpa.com <br> ANDREW T. FIGUEROA <br> Florida Bar No. 1002745 <br> afigueroa@gsgpa.com <br> Gelber Schachter & Greenberg, P.A. <br> SunTrust International Center <br> One Southeast Third Avenue, Suite 2600 <br> Miami, Florida 33131 <br> Telephone: (305) 728-0950 <br> E-service: efilings@gsgpa.com <br><br> *Counsel for Defendant* |