**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ADAM M. LUDWIN, *et al.*,

      Plaintiffs,                         Case No. 20-CV-81755-RS

vs.

MATTHEW B. PROMAN,

      Defendant.

_____/

**ORDER**

THIS MATTER is before the Court upon the parties' Joint Notice Regarding Settlement [DE 289], in which the parties inform the Court that they have executed a confidential settlement agreement that resolves all claims in this matter. Additionally, the parties have stipulated to sanctions in the amount of $15,000.00 to be tendered to Plaintiffs by Defendant. The parties now request an Order from this Court confirming the sanctions amount and directing the parties to file a joint stipulation of dismissal. Upon due consideration, it is hereby,

      **ORDERED** that:

1. Sanctions in the amount of $15,000.00 shall be tendered to Plaintiffs by Defendant on or before **June 2, 2023**.

2. The parties shall file their Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **June 5, 2023.**

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of May, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**